# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE WOODS, as the Administrator of the Estate of Richard Woods, deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>BOBBI JO SALAMON, Superintendent SCI-Rockview, JOHN/JANE DOES 1-20, and THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS,<br><br>        Defendants. | No. 4:25-CV-00592<br><br>(Chief Judge Brann) |

## ORDER

### DECEMBER 1, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 11) is **GRANTED IN PART** and **DENIED IN PART**;

    a. The Motion is **GRANTED** without prejudice in that all claims other than the deliberate indifference claim against Defendant Salamon are dismissed.

    b. The Motion is **DENIED** as to the deliberate indifference claim under the Eighth Amendment against Defendant Salamon.

2. Plaintiff will have fourteen days from the date of this Order to file an amended complaint.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge